[No. 26700-1-I. Division One. June 29, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE ANDREW WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-06229-8, Carmen Otero, J., entered July

9, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Coleman, J.